The People of the State of New York ex rel. Henry A. Eggers v. Rhinelander Waldo, etc.—Motion granted, without costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Martin Weir v. The City of New York.— Motion granted, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Patrick J. McNulty v. The City of New York.— Motion granted, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Isidore Abler v. The City of New York.— Motion granted, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James Gaven, as Administrator, etc., v. The City of New York.— Motion granted, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Walter J. McLaughlin v. The Board of Education of the City of New York.— Motion granted, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John McLaughlin v. The Board of Education of the City of New York. — Motion granted, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William W. McLaughlin, Jr., v. Violette McLaughlin.— Motion granted, without costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Herman H. Gockel v. Frances M. Barnes.  Herman H. Gockel v. Frances M. Barnes.— Motions granted, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Meyer Nakrisky v. David Kramer.— Motion granted, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John A. McCarthy & Brother v. Oscar L. Lyons.— Motion granted, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Robert H. Martin v. Henry M. Whitney.— Motion granted, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Joseph B. Geber v. John Wanamaker, New York.— Motion granted, unless appellant complies with terms stated in order.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.